IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRIAN KEITH WANNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 2:17cv728-WHA |
| | ) | |
| LIFE TECH TRANSITION FACILITY, | ) | (wo) |
| | ) | |
| Respondents. | ) | |

**ORDER**

This cause is before the court on the Recommendation of the Magistrate Judge that the case be transferred to the United States District Court for the Southern District of Alabama, pursuant to 28 U.S.C. §1404(a).

The Magistrate Judge found that the LIFE Tech Transition Facility is located in Clarke County, Alabama, within the jurisdiction of the United States District Court for the Southern District of Alabama. The actions about which the Plaintiff complains occurred at that facility so that venue is proper, and the Magistrate Judge found that in the interest of justice and for the convenience of the parties and witnesses, the case should be transferred. Although the Plaintiff was given an opportunity to object to the Report and Recommendation, he has failed to object or otherwise respond within the time allowed.

Having considered *de novo* the entire fire, including the Report and Recommendation, it is hereby ORDERED as follows:

1. The court ADOPTS the Report and Recommendation of the Magistrate Judge.

2. The case is TRANSFERRED to the United States District Court for the Southern District of Alabama, pursuant to 28 U.S.C. §1404(a).

3. The Clerk is DIRECTED to take the appropriate steps to effect the transfer.

DONE this 28th day of November, 2017.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE